## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**KENA LAJUAN MARINO**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:26CV5-LG-BWR**

**JOSH GREEN and**
**PASCAGOULA UTILITIES**                                                    **DEFENDANT**

### FINAL JUDGMENT

After consideration of the record in this case and relevant legal authority, the

Court finds that, in accord with the Order granting Plaintiff's [14] Motion to

Withdraw Action entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is

**DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).

**SO ORDERED AND ADJUDGED** this the 17th day of April, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE